IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION (AKRON)

| | |
|---|---|
| In re:<br><br>PATRICK P. MOE,<br><br>Debtor. | CHAPTER 7 BANKRUPTCY<br><br>CASE NO. 17-50922<br><br>JUDGE ALAN M. KOSCHIK<br><br>**CERTIFICATE OF MAILING OF DOCUMENTS TO NEWLY ADDED CREDITOR** |

I hereby certify that on August 7, 2017, a copy of each of the following documents: Voluntary Petition; Summary of Assets and Liabilities and Certain Statistical Information; Schedules A/B, C, D, E/F, I, J; and Notice of 341 Meeting of Creditors

Was sent to the following, newly added creditor by regular U.S. mail:

Ohio BMV
Attn: Compliance Unit
P.O. Box 16583
Columbus, Ohio 43216

          Respectfully submitted,

          /s/ Rebecca J. Sremack
          Rebecca J. Sremack #0092313
          William M. Sremack #0006832
          Sremack Law Firm LLC
          2745 South Arlington Road
          Akron, Ohio 44312
          Phone: (330) 644-0061
          Fax: (330) 644-7241
          info@sremacklaw.com
          *Counsel for Debtor*

**CERTIFICATE OF SERVICE**

I hereby certify that on August 7, 2017, a copy of the foregoing *Certificate of Mailing of Documents to Newly Added Creditors* was filed electronically via this Court's ECF system and thereby served upon all parties indicated on the electronic filing receipt, including the Chapter 7 Trustee Kathryn A. Belfance, and the U.S. Trustee.

          s/s/ Rebecca J. Sremack
          Rebecca J. Sremack #0092313
          *Counsel for Debtor*